

**KAUFMAN BORGEEST & RYAN LLP**

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

July 3, 2018

DANIEL H. OLINER
DIRECT: 212.994.6715
DOLINER@KBRLAW.COM

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: 7/5/18

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Luc Burbon v. Edible International, LLP d/b/a Edible Arrangements
      S.D.N.Y. Civil Action No.: 18-cv-5325 (PGG)

Your Honor,

We represent Defendant Edible International, LLC ("Defendant"), in the above-referenced matter. Defendants' response to Plaintiff's Complaint is currently due on July 9, 2018. We write with the consent of Plaintiff's counsel to request an extension of time to answer, or otherwise respond to, Plaintiff's Complaint, up to and including August 9, 2018. Defendant requests this extension to allow sufficient time to fully investigate and respond to Plaintiff's allegations. This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint. This request does not affect any future dates scheduled in this matter.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

*Daniel H. Oliner*

Daniel H. Oliner

cc:   Jeffrey M. Gottlieb, Esq.
      Joseph H. Mizrahi, Esq.
      *Attorneys for Plaintiff*
      (via ECF)

NEW YORK        NEW JERSEY        CONNECTICUT        CALIFORNIA

5007227